IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MATA,<br><br>      Petitioner,<br><br>    vs.<br><br>TRACEY ST. JULIEN, et al.,<br><br>      Respondents.<br>_____/ | 1:08-cv-0727 LJO TAG (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION TO DISMISS<br><br>(Doc. 11)<br><br>THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 16, 2008, Petitioner filed a motion to extend the time to file a response to Respondent's motion to dismiss. (Doc. 11). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file a response to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated: **October 21, 2008**                    **/s/ Theresa A. Goldner**
                                                                       UNITED STATES MAGISTRATE JUDGE